In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

NO. 09-12-00577-CV
_____

## IN THE INTEREST OF R.E.H.

**On Appeal from the 163rd District Court
Orange County, Texas
Trial Cause No. B-090807-D**

## MEMORANDUM OPINION

The appellants filed a motion to dismiss this appeal. The motion is voluntarily made by the appellants prior to any decision of this Court. *See* Tex. R. App. P. 42.1(a)(1). No other party filed notice of appeal. We grant the motion and dismiss the appeal.

APPEAL DISMISSED.

_____
CHARLES KREGER
Justice

Opinion Delivered October 17, 2013
Before McKeithen, C.J., Kreger and Horton, JJ.

1